473 A.2d 647

Bouch, Appellants, v. Wise.

Petition for Allowance of Appeal
Denied July 20, 1984.

Submitted October 14, 1983. W.

Parker Ruddock, for appellants; H. Heilman, Jr., for appellees.

Before CAVANAUGH, McEWEN and BECK, JJ.

Order affirmed.